# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **RICHARD WADE KENDRICK,** | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:21CV00505 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **L. EDMONDS, WARDEN,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Respondent's Motion to Dismiss, ECF No. 44, is GRANTED, and the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is DISMISSED with prejudice. A Certificate of Appealability is DENIED based upon the court's finding that the Petitioner has not made the requisite showing of denial of a constitutional right.

The Clerk shall close the case.

ENTER: September 28, 2023

/s/ JAMES P. JONES
Senior United States District Judge